IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NANCY RIOS VALENTIN
USM # 19663-512
FDC PHILA.

CRIMINAL ACTION
NO. 25-460-3

## NOTICE OF HEARING

TAKE NOTICE that the defendant is scheduled for a DETENTION HEARING on Monday, November 24, 2025, at 1:30 p.m. before the **Honorable Catherine Henry** in Courtroom TBD of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☒ **Interpreter:** A Spanish interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** November 17, 2025.

For additional information, please contact the undersigned.

By:    Tanya L. Allender
       Courtroom Deputy to Judge Catherine Henry
       610.333.1836

Date:   11/17/2025

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel Robert Gamburg
                     Assistant U.S. Attorney: Jason Grenell
                     Assistant U.S. Attorney: Sara Solow
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator